UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
Robert E. Riccobono
          Plaintiff.

-vs-

          ORDER
          00CV5386(SLT)(MDG)

Rudolph F. Crew, et al.,
          Defendants.
-------------------------------------------------

TOWNES, J.

By letter dated September 16, 2005, plaintiff's counsel seeks a "postponement" of this action until the conclusion of the plaintiff's New York State Court action on the basis that the plaintiff's unresolved State litigation will impact this federal action,

IT IS HEREBY ORDERED that The Clerk of the Court is to administratively close this case with leave to reopen once the plaintiff's state court action is concluded.


Dated: Brooklyn, New York
       September 16, 2005


                          SANDRA L. TOWNES
                          UNITED STATES DISTRICT JUDGE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ SEP 21 2005 ★
TIME A.M.
     P.M.